UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY WHEELER,

    Plaintiff,

  v.

SALVADOR GODINEZ, RICHARD HARRINGTON, KIMBERLY BUTLER, SGT. BIRKNER, C/O HARRINGTON, C/O STEPHENSON, C/O SHIELDS, C/O SPILLER, J. REID and MIKE ATCHINGTON,

    Defendants.

Case No. 13-cv-964-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 98) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Anthony Wheeler's motions for sanctions pursuant to Federal Rule of Civil Procedure 11 (Docs. 66 & 78) and motions for default judgment (Docs. 69 & 90).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed no objections to the Report. It has reviewed the report for clear error and finds none. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 98);
- **DENIES** Wheeler's motions for Rule 11 sanctions (Docs. 66 & 78); and

- **DENIES** Wheeler's motions for default judgment (Docs. 69 & 90).

**IT IS SO ORDERED.**
**DATED:   September 16, 2014**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**