IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY WHEELER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 13-964-JPG-PMF |
| | ) |
| SALVADORE GODINEZ, et al., | ) |
| | ) |
|     Defendants. | ) |

## REPORT AND RECOMMENDATIONS

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for an order to show cause, which is construed as a motion for sanctions (Doc. No. 109). The motion is based on two events: the Clerk's entry of default against defendant Reid on April 25, 2014, and Reid's conduct in June, 2014, of serving his response to written discovery. Plaintiff believes the latter effort (Reid's service of a discovery response) was made for an improper purpose, generated delay, disobeys a court order, or qualifies as abuse of the judicial system. He seeks sanctions under Rule 11, a finding of contempt, an injunction or other similar relief.

The entry of default against Reid was vacated long ago (Doc. No. 76). Plaintiff's various requests do not accurately describe the posture of this case and are completely without merit.

IT IS RECOMMENDED that plaintiff's motion for sanctions and other relief (Doc. No. 109) be DENIED.

    **SUBMITTED:  October 23, 2014 .**

                                          s/Philip M. Frazier
                                        **PHILIP M. FRAZIER**
                                        **UNITED STATES MAGISTRATE JUDGE**